IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL J. FLYNN;

　　　　Petitioner,

v.

DENNIS MONTGOMERY, BRENDA MONTGOMERY; and all OCCUPANTS OF 3812 94TH AVENUE NE, YARROW POINT, KING COUNTY, STATE OF WASHINGTON

　　　　Respondents.

Case No.

**APPLICATION FOR WRIT OF ASSISTANCE**

TO: Clerk of the Court for the U.S. District Court for the Western District of Washington:

Petitioner Michael J. Flynn hereby requests the issuance of a Writ of Assistance pursuant to Federal Rule of Civil Procedure 70(d) to put the Defendants in this Court's Case No. 2:13-cv-00360-RAJ through their counsel of record Jacob Downs of the law firm of Lane Powell PC in possession of the land, tenements, improvements, residences, structures, fixtures, appurtenances and the like of that certain real property located at 3812 94th Avenue NE, Yarrow Point, King County, State of Washington.

Petitioner is entitled to the issuance of such a Writ of Assistance presently and to cause the Writ to be executed upon on April 1, 2015 at 12:01 p.m. in accordance with that certain

APPLICATION FOR WRIT OF ASSISTANCE
(Case No. _____ ) – Page 1

Order of this Court, which more fully appears from the declaration of Michael J. Flynn attached hereto as **Exhibit A** and which Order is also found at Docket Entry No. 66 entered on February 18, 2015 in this Court's Case No. 2:13-cv-00360-RAJ.

Pursuant to said Order, Petitioner is entitled to apply for the requested Writ of Assistance and for said Writ of Assistance to be issued without providing any notice or an opportunity to be heard to the Respondents.

DATED this 13rd day of March, 2015.

_____
Michael J. Flynn

APPLICATION FOR WRIT OF ASSISTANCE
(Case No. _____) – Page 2