1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MICHAEL J. FLYNN;

10                      Petitioner,

11          v.

12   DENNIS MONTGOMERY, BRENDA
     MONTGOMERY; and all OCCUPANTS OF
13   3812 94TH AVENUE NE, YARROW POINT,
     KING COUNTY, STATE OF
14   WASHINGTON

15
16                      Respondents.

Case No.

**DECLARATION OF MICHAEL J.
FLYNN IN SUPPORT OF
APPLICATION FOR WRIT OF
ASSISTANCE**

17          I, Michael J. Flynn do hereby testify under penalty of perjury of the law of the United

18   States as follows:

19          1.      I have personal knowledge of the facts attested to herein.

20          2.      I am the Petitioner in this cause.

21          3.      An Order was entered in this Court on February 18, 2015 in this Court's Case No.

22   2:13-cv-00360-RAJ ("**Lawsuit**") at Docket No. 66 ("**Order**").  The Order is attached hereto as

23   **Exhibit A**.

24          4.      The Order entitles me to apply to the Clerk of the Court for a Writ of Assistance

25   to compel Dennis Montgomery, Brenda Montgomery and all other occupants of 3812 94th

26   Avenue NE, Yarrow Point, King County, State of Washington ("**Property**") to deliver

27   possession of that Property to the Defendants in the Lawsuit or their assignees or apppointees.

28

APPLICATION FOR WRIT OF ASSISTANCE
(Case No. _____) – Page 1

5.      The Defendants in the Lawsuit have appointed their counsel of record, Jacob Downs of the law firm Lane Powell PC, to take possession of the Property on their behalf on April 1, 2015 at 12:01 p.m.

DATED this _13th_ day of March, 2015.

_____
Michael J. Flynn

# Exhibit A

*The Honorable Richard A. Jones*

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

| | |
|---|---|
| MICHAEL J. FLYNN; and DENNIS LEE MONTGOMERY and BRENDA KATHLEEN MONTGOMERY, husband and wife, | Case No. 2:13-cv-00360-RAJ |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE UNOPPOSED MOTION TO APPROVE VOLUNTARY DISMISSAL |
| v. | |
| NV MORTGAGE INC. d/b/a Soma Financial d/b/a www.mysoma.com; | |
| COUNTRYWIDE FINANCIAL CORPORATION; | |
| COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; | |
| BANK OF AMERICA, N.A., successor to the COUNTRYWIDE DEFENDANTS; | |
| BAC HOME LOANS SERVICING, LP, successor to the COUNTRYWIDE DEFENDANTS; | |
| BANK OF AMERICA CORPORATION, successor to the COUNTRYWIDE DEFENDANTS; and | |
| DOES 1-50,           Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23

24       This matter has come before the Court on the Plaintiffs' Unopposed Motion to Approve

25  Voluntary Dismissal ("Motion"). The lack of an opposition constitutes an admission that the

26  motion has merit. *See* Local Civ. R. 7(b)(2) ("[I]f a party fails to file papers in opposition to a

27
28

Brain Law Firm pllc
1119 Pacific Avenue, Suite 1200
Tacoma, Washington 98402
Tel: 253-327-1019 / Fax: 253-327-1021

motion, such failure may be considered by the court as an admission that the motion has merit.").

The Court, having reviewed the Motion hereby finds:

1.      That the Court deems it is proper to GRANT the Motion and afford the relief that the Parties request in the Motion.

The Court ORDERS as follows:

2.      This action be dismissed with prejudice as to all parties;

3.      Each party is to bear his/her/its own cost of suit;

4.      Dennis and Brenda Montgomery (the Montgomerys) and all other occupants are ordered to vacate the Property[1] by noon on April 1, 2015;

5.      If the Montgomerys and all other occupants have not vacated the Property by 12:01 p.m. on April 1, 2015, Defendant Bank of America or its assignee or appointee is entitled to possession of the Property;

6.      The Clerk of the Court may issue a writ of assistance, without further notice, pursuant to Rule 70 of the Federal Rules of Civil Procedure upon request of Michael J. Flynn or the Defendants to compel delivery of possession of the Property to the Defendants or their assignees or apppointees, which writ is to be executed upon if the Montgomerys have not vacated the Property by 12:01 p.m. on April 1, 2015, (Michael J. Flynn or the Defendants may apply for the writ of assistance prior to April 1, 2015);

DATED this 17th day of February, 2015.

The Honorable Richard A. Jones
United States District Judge

_____

[1] "Property" refers to that certain residence located at 3812 94th Avenue NE, Yarrow Point, King County, State of Washington.

ORDER RE: MOTION TO APPROVE VOLUNTARY DISMISSAL
(Case No. 2:13-cv-00360-RAJ) – Page 2

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE: MOTION TO APPROVE VOLUNTARY DISMISSAL
(Case No. 2:13-cv-00360-RAJ) – Page 3