UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL J. FLYNN

          Plaintiff,

   v.

DENNIS MONTGOMERY, *et al.*,

          Defendants.

Case No. MC15-0032RSL

ORDER TO ISSUE WRIT OF ASSISTANCE

This matter comes before the Court on plaintiff's "Application for Writ of Assistance" pursuant to Fed. R. Civ. P. 70(d) and the order of the Honorable Richard A. Jones in C13-0360RAJ (Dkt. # 66). The Court having reviewed the relevant records, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Assistance submitted by plaintiff's counsel on March 13, 2015, at Dkt. # 1-2.

Dated this 17th day of March, 2015.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF ASSISTANCE