CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By _Paula McNabb_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL J. FLYNN;

    Petitioner,

v.

DENNIS MONTGOMERY, BRENDA MONTGOMERY; and all OCCUPANTS OF 3812 94TH AVENUE NE, YARROW POINT, KING COUNTY, STATE OF WASHINGTON

    Respondents.

Case No. MS 15-32

**WRIT OF ASSISTANCE**

TO: the United States Marshal for the Western District of Washington

Greetings:

Whereas, on February 18, 2015 in this Court's Case No. 2:13-cv-00360-RAJ ("**Lawsuit**"), the Honorable Richard A. Jones entered an Order at Docket No. 66 ("**Order**") requiring Dennis Montgomery, Brenda Montgomery and all other occupants of 3812 94th Avenue NE, Yarrow Point, King County, State of Washington ("**Property**") to vacate the Property by noon on April 1, 2015 and to deliver possession of that Property to the Defendants in Lawsuit or their assignees or apppointees at that time.

Whereas, pursuant to the Order, Defendants, or their assignees or appointees are entitled to possession of the Property at 12:01 p.m. on April 1, 2015.

WRIT OF ASSISTANCE
(Case No. _____) – Page 1

Whereas, pursuant to the Order, Defendants have appointed their attorney of record in the Lawsuit, Jacob Downs of the law firm of Lane Powell PC, to take possession of the Property on their behalf.

Whereas, pursuant to the Order, Michael J. Flynn was entitled to and has applied for the issuance of this Writ and the U.S. Marshal may coordinate efforts with Mr. Flynn to execute this Writ.

Now, therefore, we do hereby command you on April 1, 2015 at 12:01 p.m. to enter upon the land, tenements, improvements, residences, structures, fixtures, appurtenances and the like of the Property and eject Dennis Montgomery, Brenda Montgomery and all other occupants thereof and to further cause the Property to be delivered to Jacob Downs at said date and time. Delivery of the Property to Mr. Downs may include the ejectment of all personal property from the Property, changing of locks, and all other acts necessary, convenient and customary to put Mr. Downs' clients in the quiet and secure possession of the Property.

Witness, the Honorable **Robert S. Lasnik**, Judge of the above-entitled court and the seal thereof, this **18th** day of **March**, 2015

_/s/ William M. McCool_
Clerk of the Court

By: _/s/ Paula McNabb_
Deputy

Address: 700 Stewart Street, Suite 2310,
Seattle, Washington, 98101

WRIT OF ASSISTANCE
(Case No. _____) – Page 2