**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael J. Flynn | 2:15-mc-00032 |
| DEFENDANT | TYPE OF PROCESS |
| Dennis and Brenda Montgomery, all occupants of 3812 94th Ave NE, Yarrow Pt. | Writ of Assistance |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dennis and Brenda Montgomery and all occupants of 3812 94th Ave NE, Yarrow Point, State of Washington
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3812 94th Ave NE, Yarrow Point, State of Washington

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael J. Flynn
c/o Christopher Conant
730 17th Street, Suite 200
Denver, CO 80202; cconant@conantlawyers.com, mike@mjfesq.com

ENTERED RECEIVED
MAR 30 2015
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Montgomerys are believed to still reside at 3812 9th Ave NE, Yarrow Point, State of Washington ("Property"). Their adult children and grandchildren may also reside there. We do not believe that anyone residing at the Property is employed. Mr. Montgomery purports to be physically incapacitated but he is also is a con-man and fraud so we believe he is only feigning the scope of his physical disability. They have known for months that they have to vacate the Property by noon on April 1st.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*M. J. Flynn*
TELEPHONE NUMBER: 858.775.7624
DATE: 3/20/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 86 | No. 86 | M Stiltner | 3/20/15 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 3/24/2015   Time: 1030 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 8.55 | n/a | 73.55 | n/a | n/a  $0.00 |

REMARKS: 1 DUSM + 1 hour + 15 mi R/T

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13