U.S. Department of Justice  
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Michael J. Flynn | COURT CASE NUMBER: 2:15-mc-00032 |
| DEFENDANT: Dennis and Brenda Montgomery, all occupants of 3812 94th Ave NE, Yarrow Pt. | TYPE OF PROCESS: Writ of Assistance |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:  
Dennis and Brenda Montgomery and all occupants of 3812 94th Ave NE, Yarrow Point, State of Washington

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):  
3812 94th Ave NE, Yarrow Point, State of Washington

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael J. Flynn  
c/o Christopher Conant  
730 17th Street, Suite 200  
Denver, CO 80202; cconant@conantlawyers.com, mike@mjfesq.com

Number of process to be served with this Form 285: 3  
Number of parties to be served in this case: 2  
Check for service on U.S.A.:

FILED ENTERED  
LODGED RECEIVED  
APR -2 2015  
AT SEATTLE  
CLERK U.S. DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON  
BY DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Montgomerys are believed to still reside at 3812 9th Ave NE, Yarrow Point, State of Washington ("Property"). Their adult children and grandchildren may also reside there. We do not believe that anyone residing at the Property is employed. Mr. Montgomery purports to be physically incapacitated but he is also is a con-man and fraud so we believe he is only feigning the scope of his physical disability. They have known for months that they have to vacate the Property by noon on April 1st.

Signature of Attorney other Originator requesting service on behalf of:  
*M. J. Flynn*  
☒ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER: 858.775.7624  
DATE: 3/20/15

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No.: 86  
District to Serve No.: 86  
Signature of Authorized USMS Deputy or Clerk: *M Shiltner*  
Date: 3/20/15

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: 04/02/15  
Time: 12:00 ☐ am ☒ pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 650.00 | 18.01 | n/a | 668.01 | n/a | n/a $0.00 |

REMARKS: 2 DUSMS, 7 hours, 31.6 miles rt

DISTRIBUTE TO:  
1. CLERK OF THE COURT  
2. USMS RECORD  
3. NOTICE OF SERVICE  
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 11/13

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _Paula McNabb_
    ~~Deputy~~ Clerk

RECEIVED
UNITED STATES MARSHALS
2015 MAR 18 P 3: 34
WESTERN DISTRICT
OF WASHINGTON (86)
SEATTLE, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL J. FLYNN;

    Petitioner,

v.

DENNIS MONTGOMERY, BRENDA MONTGOMERY; and all OCCUPANTS OF 3812 94TH AVENUE NE, YARROW POINT, KING COUNTY, STATE OF WASHINGTON

    Respondents.

Case No. MS 15-32

**WRIT OF ASSISTANCE**

TO: the United States Marshal for the Western District of Washington

Greetings:

Whereas, on February 18, 2015 in this Court's Case No. 2:13-cv-00360-RAJ ("**Lawsuit**"), the Honorable Richard A. Jones entered an Order at Docket No. 66 ("**Order**") requiring Dennis Montgomery, Brenda Montgomery and all other occupants of 3812 94th Avenue NE, Yarrow Point, King County, State of Washington ("**Property**") to vacate the Property by noon on April 1, 2015 and to deliver possession of that Property to the Defendants in Lawsuit or their assignees or apppointees at that time.

Whereas, pursuant to the Order, Defendants, or their assignees or appointees are entitled to possession of the Property at 12:01 p.m. on April 1, 2015.

WRIT OF ASSISTANCE
(Case No. _____) – Page 1

Whereas, pursuant to the Order, Defendants have appointed their attorney of record in the Lawsuit, Jacob Downs of the law firm of Lane Powell PC, to take possession of the Property on their behalf.

Whereas, pursuant to the Order, Michael J. Flynn was entitled to and has applied for the issuance of this Writ and the U.S. Marshal may coordinate efforts with Mr. Flynn to execute this Writ.

Now, therefore, we do hereby command you on April 1, 2015 at 12:01 p.m. to enter upon the land, tenements, improvements, residences, structures, fixtures, appurtenances and the like of the Property and eject Dennis Montgomery, Brenda Montgomery and all other occupants thereof and to further cause the Property to be delivered to Jacob Downs at said date and time. Delivery of the Property to Mr. Downs may include the ejectment of all personal property from the Property, changing of locks, and all other acts necessary, convenient and customary to put Mr. Downs' clients in the quiet and secure possession of the Property.

Witness, the Honorable *Robert S. Lasnik*, Judge of the above-entitled court and the seal thereof, this *18th* day of *MARCH*, 2015

_____
Clerk of the Court

By: _____
Deputy

Address: 700 Stewart Street, Suite 2310,
Seattle, Washington, 98101

WRIT OF ASSISTANCE
(Case No. _____) – Page 2